**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 26-1451**

SALOME J. JOHNSON,

Plaintiff - Appellant,

v.

BROOKE ARMY MEDICAL CENTER,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, District Judge.  (2:24-cv-00628-MSD-DEM)

Submitted:  July 9, 2026                                    Decided:  August 12, 2026

Before GREGORY and AGEE, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Salome J. Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Salome Johnson appeals the district court's order dismissing her amended complaint for lack of subject matter jurisdiction under *Feres v. United States*, 340 U.S. 135 (1950). We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's judgment. *Johnson v. Brooks Army Med. Ctr.*, No. 2:24-cv-00628-MSD-DEM (E.D. Va. Feb. 17, 2026). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
